Orszulak v Hitchcock (2025 NY Slip Op 04381)

Orszulak v Hitchcock

2025 NY Slip Op 04381

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, DELCONTE, AND HANNAH, JJ.

525/24 CA 23-00514

[*1]RONALD ORSZULAK, PLAINTIFF-APPELLANT,
v
ANDREW HITCHCOCK, DEFENDANT-RESPONDENT. 

LAW OFFICES OF MICHAEL W. COLE, PLLC, ALDEN (MICHAEL W. COLE OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
LAW OFFICES OF MICHAEL A. BENSON, SPRINGVILLE (MICHAEL A. BENSON OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Gerald J. Greenan, III, J.), entered March 21, 2023. The order, insofar as appealed from, denied that part of plaintiff's motion seeking summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 21 and June 25, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court